# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Estate of Usaamah Rahim, <br><br> Plaintiff, <br><br> v. <br><br> United States of America, et al., <br><br> Defendants. | Civil Action No. 1:18-cv-11152-IT |

**THE UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**

This case concerns a shooting. On the morning of the shooting, Usaamah Rahim told his nephew, David Wright, that he planned to go after "those boys in blue," meaning law enforcement, and that it might happen that day. Members of a Federal Bureau of Investigation Joint Terrorism Task Force who had been investigating the ties both men had to the Islamic State of Iraq and Levant heard that conversation. About two hours later, when law enforcement approached Mr. Rahim to question him, Mr. Rahim brandished a knife and advanced towards them. He refused several orders to drop his weapon, and as he moved towards the officers, he pointed the knife at them and waived it in a circular motion. In the split second available to assess the threat posed by Mr. Rahim, two officers fired a total of three shots. Mr. Rahim died that day.

Plaintiff, the personal representative of the estate of Mr. Rahim, has alleged tort claims for negligence, wrongful death, assault, and battery against the United States of America under the Federal Tort Claims Act (the FTCA). Summary judgment should enter for the United States because: 1) the Court lacks jurisdiction over the negligence claim under the FTCA's discretionary function exception; and 2) the underlying use of force was reasonable under state law.

A memorandum of law and a Statement of Undisputed Material Facts, with exhibits, accompany this motion.

        Respectfully submitted,

        The United States of America

        By its attorney,

        Andrew E. Lelling
        United States Attorney

        */s/ Annapurna Balakrishna*
        Annapurna Balakrishna, BBO # 655051
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        Tel.:  617-748-3111
        Email: annapurna.balakrishna@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I certify that I conferred with counsel for Plaintiff before filing this motion.

        */s/ Annapurna Balakrishna*
        Annapurna Balakrishna
Dated: December 14, 2018        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Annapurna Balakrishna, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Annapurna Balakrishna*
        Annapurna Balakrishna
Dated: December 14, 2018        Assistant U.S. Attorney