| | |
|---|---|
| THE ESTATE OF USAAMAH ABDULLAH RAHIM,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Civil Action No. 1:18-cv-11152-IT |

## JOHN DOE 1's MOTION FOR SUMMARY JUDGMENT ON THE BASIS OF QUALIFIED IMMUNITY

  Defendant John Doe 1, by counsel and pursuant to Fed. R. Civ. P. 56, respectfully moves for summary judgment on the basis of qualified immunity. In this case, incontrovertible evidence—including the audio recording and video footage of the incident and physical evidence recovered from the scene—establishes that Usaamah Rahim brandished a 13-inch military-style knife and aggressively advanced on law enforcement officers. Defendants John Doe 1 and John Doe 2 had approached Rahim after receiving information that he was preparing to commit a terrorist attack in Boston that very day. The indisputable evidence conclusively shows that the officers commanded Rahim to drop his weapon no less than six times, and they backpedaled as Rahim steadily moved toward them—all the while holding the blade and defiantly saying "You drop yours! You drop yours! Come on, why don't you shoot me?!" When Rahim closed to within mere feet of the officers, John Doe 1 and John Doe 2 each took quick action to defend themselves and others from Rahim's imminent attack with a lethal weapon.

  John Doe 1 is entitled to qualified immunity for two reasons, *first*, there is no genuine

issue of material fact that Rahim posed an imminent threat to John Doe 1's safety, and therefore his reaction in self-defense was objectively reasonable under the Fourth Amendment.  *Second*, even assuming that the use of force violated the Fourth Amendment, Plaintiff cannot carry her heavy burden of showing that at the time of the incident in this case, the law was so clearly established that every reasonable officer would have understood that the decision to use deadly force in reaction to a terrorist suspect who was armed, hostile, non-compliant, and closing in with a military-style knife violated the Fourth Amendment.

A memorandum of law and additional supporting materials accompany this motion.

Dated: December 14, 2018

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

**/s/ Reginald M. Skinner**
Trial Attorney
Virginia State Bar. No. 48785
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3111
Fax: (202) 616-4314
Email: reginald.m.skinner@usdoj.gov

*Counsel for Defendant John Doe 1*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1
## AND CERTIFICATE OF SERVICE

Pursuant to L.R. 7.1, undersigned counsel conferred with Plaintiff's counsel via email on

December 13, 2018 regarding the legal basis and relief requested in this motion. The parties were unable to resolve the issues raised by this motion.

  I certify that on December 14, 2018, I electronically filed the foregoing *John Doe 1's Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record by operation of the Court's CM/ECF System.

        **/s/ Reginald M. Skinner**
        Trial Attorney
        Virginia State Bar. No. 48785
        United States Department of Justice
        Torts Branch, Civil Division
        P.O. Box 7146, Ben Franklin Station
        Washington, D.C. 20044
        Tel: (202) 616-3111
        Fax: (202) 616-4314
        Email: reginald.m.skinner@usdoj.gov