UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| The Estate of Usaamah Abdullah Rahim, ) <br> ) <br> Plaintiff ) <br> ) <br> V. ) <br> ) <br> United States of America, et al., ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 1:18-cv-11152-IT |

**PLAINTIFF'S STATEMENT OF DISPUTED MATERIAL FACTS**

Plaintiff, The Estate of Usaamah A. Rahim, pursuant to Local Rule 56.1, respectfully submit this Statement of Material Facts in support of her Opposition to Defendants' John Doe 1 and the United States of America's Motions for Summary Judgment.

1. Whether law enforcement officers intended to conduct a Terry stop of Mr. Rahim when they approached him. Plaintiff's Exhibit 1 – Dispatch Recording Transcript June 2, 2015; John Doe 1's Exhibit 1 - Sworn Statement of John Doe 1; John Doe 1's Exhibit 2 – Sworn Statement of John Doe 2.

2. Whether law enforcement officers believed Mr. Rahim was an imminent or immediate threat, immediately after their surveillance of a phone call at approximately 5:00 AM on June 1, 2015. John Doe 1's Exhibit 1 - Sworn Statement of John Doe 1; John Doe 1's Exhibit 2 – Sworn Statement of John Doe 2.

3. Whether Mr. Rahim was holding a military-style knife and advancing toward officers, close enough for a reasonable officer to perceive an immediate deadly threat to himself or others. Plaintiff's Exhibit 2 – Knife Sheath Examination Report; Plaintiff's Exhibit 4 - Email from Criminalist; Plaintiff's Exhibit 5 - BPD Crime Lab Report re Utility Knife; Exhibit 6 – Report of Utility Knife Uncovered; Plaintiff's Exhibit 7 – Transcript of Interview of Civilian Witness A; Plaintiff's Exhibit 8 – Transcript of Interview of Civilian Witness B, p. 19-21; Plaintiff's Exhibit 9 – Transcript of Interview of Civilian Witness C, p. 19-20; Plaintiff's Exhibit 10 – Transcript of Interview – Civilian Witness D.

4. Whether Rahim was brandishing a knife, and preparing to strike or attack John Doe 2 and John Doe 1. Plaintiff's Exhibit 8 – Transcript of Interview of Civilian Witness B; Plaintiff's Exhibit 9 – Transcript of Interview of Civilian Witness B; Plaintiff's Exhibit 9 – Transcript of Interview of Civilian Witness C, p. 19-20.

5. The distance between Mr. Rahim and law enforcement, specifically John Doe 1 and John Doe 2, when shots were fired. Plaintiff's Exhibit 4; Email from Criminalist. Plaintiff's Exhibit 9 – Transcript of Interview of Witness C, p. 15-16.

6. The manner in which John Doe 2 approached Rahim, namely whether he immediately presented his badge, and identified himself as a Boston Police Officer. John Doe 1 approaching Mr. Rahim with his weapon already drawn.

John Doe 1's Exhibit 9 - Surveillance Video of Rahim; Plaintiff's Exhibit 11 – Transcript of Interview – Sargent Witness E, p. 6-10.

7. Whether officer John Doe 1 and John Doe 2's weapons were drawn when the approached Mr. Rahim. John Doe 1's Exhibit 9 - Surveillance Video of Rahim; John Doe 1's Exhibit 1 - Sworn Statement of John Doe 1; John Doe 1's Exhibit 2 – Sworn Statement of John Doe 2.

8. Whether Mr. Rahim immediately pulled a large-military style knife from his waist area, when he was approached by officers. John Doe 1's Exhibit 9 - Surveillance Video of Rahim; Plaintiff's Exhibit 7 – Transcript of Interview of Civilian Witness A; Plaintiff's Exhibit 8 – Transcript of Interview of Civilian Witness B, p. 19-21; Plaintiff's Exhibit 9 – Transcript of Interview of Civilian Witness C, p. 19-20; Plaintiff's Exhibit 10 – Transcript of Interview – Civilian Witness D.

Dated: February 20, 2019

Respectfully Submitted
The Estate of Usaamah A. Rahim
By Its Attorneys

*/s/ Sara Attarchi*

———————————————
Joseph B. Simons, BBO# 684030
Sara Attarchi, BBO# 697486
SIMONS LAW OFFICE
1 International Place, #1400
Boston, MA 02110
(617) 544-9000
joe@jbsimonslaw.com
sara@jbsimonslaw.com

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 20, 2019.

*/s/ Sara Attarchi*
_____
Sara Attarchi