UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Estate of Usaamah Rahim,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>Defendants. | Civil Action No. 1:18-cv-11152-IT |

## ORDER

The Court having been apprised that the United States Attorney has certified that defendant John Doe 1 was acting within the scope of his federal employment at the time of the incidents giving rise to Counts I, II, IV, and V of the Amended Complaint, and the Court having been apprised of the substitution of the United States as the defendant on those counts under 28 U.S.C. § 2679(d)(1):

It is hereby ORDERED that Counts I, II, IV, and V are dismissed as against John Doe 1, and the United States is substituted as the defendant in his place for those counts.

Dated: Feb 26, 2019

/s/ Indira Talwani
INDIRA TALWANI
UNITED STATES DISTRICT JUDGE