# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| The Estate of Usaamah Abdullah Rahim, ) <br> ) <br>     **Plaintiff**                ) <br> ) <br> V.                                     ) <br> ) <br> United States of America, et al.,     ) <br> ) <br>     **Defendants**            ) <br> ) | Civil Action No. 1:18-cv-11152-IT |

## ASSENTED-TO MOTION TO CONTINUE

The Estate of Usaamah A. Rahim (hereinafter "Plaintiff") respectfully requests that this Honorable Court continue the hearing on Defendants' Motions to Dismiss and Motion for Summary Judgment, currently scheduled for March 3, 2020 to one of the following dates: April 15; April 17; or May 4, 2020.

All defendants assent to this motion, and confirmed with undersigned counsel, they are currently available on each of the three dates proposed.

In support of this request, the plaintiff avers that her counsel have previously scheduled trials, which are likely to interfere with the hearing scheduled on March 3, 2020.

Dated: January 31, 2020

Respectfully Submitted
The Estate of Usaamah A. Rahim
By Its Attorneys,

*/s/ Sara Attarchi*
_____
Joseph B. Simons, BBO# 684030
Sara Attarchi, BBO# 697486
SIMONS LAW OFFICE
1 International Place, #1400
Boston, MA  02110
(617) 544-9000
joe@jbsimonslaw.com
sara@jbsimonslaw.com

## LOCAL RULE 7.1 CERTIFICATION

I certify that I conferred with counsel before filing this motion, and that counsel assented to this motion.

*/s/ Sara Attarchi*
_____
Sara Attarchi

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2020.

*/s/ Sara Attarchi*
_____
Sara Attarchi