# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ESTATE OF USAAMAH ABDULLAH RAHIM, by Rahimah Rahim, in her capacity as personal representative of the estate of Usaamah Abdullah Rahim,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, JOHN DOE 1, and JOHN DOE 2,<br><br>Defendants. | Civil Action No. 1:18-cv-11152-IT |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant John Doe 1 appeals to the United States Court of Appeals for the First Circuit from the order, entered on the docket in this action on December 2, 2020 (ECF No. 81), denying his motion for summary judgment asserting qualified immunity and other defenses to Plaintiff's action under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).

Dated: January 29, 2021            Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

        */s/ Reginald M. Skinner*
Senior Trial Attorney
Virginia State Bar. No. 48785
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3111
Fax: (202) 616-4314
Email: reginald.m.skinner@usdoj.gov

*Counsel for Defendant John Doe 1*

## **CERTIFICATE OF SERVICE**

I certify that on January 29, 2021, I electronically filed the foregoing *Notice of Appeal* with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record by operation of the Court's CM/ECF System.

/s/ Reginald M. Skinner
Senior Trial Attorney
Virginia State Bar. No. 48785
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3111
Fax: (202) 616-4314
Email: reginald.m.skinner@usdoj.gov