UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-cv-11152-IT

---

The Estate of Usaamah Abdullah Rahim by Rahimah Rahim, in her capacity as Personal Representative of the Estate of Usaamah Abdullah Rahim,
　　　　　　　　　　Plaintiff

v.

United States of America, John Doe 1, and John Doe 2,
　　　　　　　　　　Defendants

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Please withdraw the appearance of Erika P. Reis, as attorney for the Defendant, John Doe 2 with regard to the above-captioned case.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　DEFENDANT, JOHN DOE 2,
　　　　　　　　　　By its attorney,

　　　　　　　　　　Adam Cederbaum
　　　　　　　　　　Corporation Counsel

　　　　　　　　　　_/s/ Erika P. Reis_
　　　　　　　　　　Erika P. Reis (BBO# 669930)
　　　　　　　　　　Senior Assistant Corporation Counsel
　　　　　　　　　　City of Boston Law Department
　　　　　　　　　　City Hall, Room 615
　　　　　　　　　　Boston, MA 02201
　　　　　　　　　　(617) 635-4031 (Reis)
　　　　　　　　　　Erika.Reis@boston.gov

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

1/27/22　　　_/s/ Erika P. Reis_
Date　　　　Erika P. Reis