UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| The Estate of Usaamah Abdullah Rahim, )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>United States of America, et al., )<br>)<br>Defendants )<br>) | Civil Action No. 1:18-cv-11152-IT |

## MOTION TO CONTINUE STATUS HEARING

The Estate of Usaamah A. Rahim notifies this Honorable Court that undersigned counsel is still actively engaged in a murder trial in the Middlesex Superior Court (docket 1981-CR-00250, in front of The Honorable David A. Deakin). The jury deliberated all day today, and undersigned counsel expects that he <u>will</u> be available for this Court's zoom hearing on Friday, December 23, 2022 at 11:00 a.m. However, in an abundance of caution, in case the jury reaches a verdict on or around 11:00 a.m., undersigned counsel is notifying this Court of the potential conflict in an abundance of caution in an effort not to inconvenience the Court or the other parties.

Dated: December 22, 2022

Respectfully Submitted
The Estate of Usaamah A. Rahim
By Its Attorney

_____
Joseph B. Simons, BBO# 684030
SIMONS LAW OFFICE
10 Post Office Square, #800
Boston, MA 02109
(617) 544-9000
joe@jbsimonslaw.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 22, 2022.

_____
Joseph B. Simons