UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ESTATE OF USAAMAH ABDULLAH RAHIM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Civil Action No. 1:18-11152-IT |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be dismissed with prejudice. Each side shall bear their own costs.

Respectfully submitted,

Dated: January 27, 2023

| ESTATE OF USAAMAH RAHIM<br>By its counsel, | UNITED STATES OF AMERICA<br>By its counsel, |
|---|---|
| /s/ Joseph B. Simons<br>Joseph B. Simons<br>Sara Attarchi<br>Simons Law Office<br>10 Post Office Square, Ste. 800<br>Boston, MA 02109<br>(617) 544-9000<br>joe@jbsimonslaw.com<br>sara@jbsimonslaw.com | JOSHUA S. LEVY<br>First Assistant United States Attorney<br><br>/s/ Annapurna Balakrishna<br>Annapurna Balakrishna<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Ste. 9200<br>Boston, MA  02210<br>(617) 748-3111<br>annapurna.balakrishna@usdoj.gov |

| JOHN DOE 1 | JOHN DOE 2 |
| --- | --- |
| By his counsel, | By his counsel, |

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

/s/*Reginald Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar. No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3111
Fax: (202) 616-4314
Email: reginald.m.skinner@usdoj.gov

ADAM CEDERBAUM
Corporation Counsel

*/s/ Edward F. Whitesell, Jr.*
Edward F. Whitesell, Jr.
(BBO#644331)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall,
Room 615
Boston, MA
0 02201
(617) 635-4045
edward.whitesell@boston.gov